# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEPHEN MOORE                                                                                       PLAINTIFF

V.                             NO. 3:14CV00296 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 15*. Plaintiff's attorney, Anthony Bartels, requests a total award of $2,127.72. *Id.* The Commissioner does not object to Plaintiff's request. *Doc. 17*.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (*doc. 15*) is GRANTED. IT IS FURTHER ORDERED that Plaintiff is awarded $2,127.72 in attorney's fees and expenses under the EAJA.

Dated this 16th day of February, 2016.

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE